STATE OF LOUISIANA          *          NO. 2019-KA-0248

VERSUS                     *          COURT OF APPEAL

BREYIANA BROWN             *          FOURTH CIRCUIT

                           *          STATE OF LOUISIANA

                           *

                           *
                    * * * * * * *


*JCL*  LOBRANO, J., CONCURS IN THE RESULT.